Disposition of Petitions for Discretionary Review Under G.S. 7A-31

| | | | |
|---|---|---|---|
| Babb v. Graham<br><br>Case Below:<br>171 N.C. App. 364 | No. 382P05 | Def's (Jerry L. Newton, III) PDR Under N.C.G.S. § 7A-31 (COA04-805) | Denied<br>12/01/05 |
| Bruning & Federle Mfg. Co. v. Mills<br><br>Case Below:<br>173 N.C. App. 641 | No. 609P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-999) | Denied<br>12/01/05 |
| Cater v. Barker (now McKeon)<br><br>Case Below:<br>172 N.C. App. 441 | No. 546A05 | Plt's Motion to Dismiss Appeal (COA04-795) | Denied<br>12/01/05 |
| Christensen v. Tidewater Fibre Corp.<br><br>Case Below:<br>172 N.C. App. 575 | No. 552P05 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA04-717)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>12/01/05<br><br>2. Dismissed as moot<br>12/01/05 |
| Citifinancial Mtge. Co. v. Ruffin<br><br>Case Below:<br>170 N.C. App. 697 | No. 375P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-879) | Denied<br>12/01/05 |
| City of Concord v. Stafford<br><br>Case Below:<br>173 N.C. App. 201 | No. 562P05 | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA04-1540)<br><br>2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br>12/01/05<br><br>2. Dismissed as moot<br>12/01/05 |
| Clayton v. Branson<br><br>Case Below:<br>170 N.C. App. 438 | No. 370P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-884) | Denied<br>12/01/05 |
| Garland v. Hatley<br><br>Case Below:<br>172 N.C. App. 593 | No. 561P05 | Plt's PDR Under N.C.G.S. § 7A-31 (COA04-1131) | Denied<br>12/01/05 |